IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN A. CORNINE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 12-7101 |
| Acting Commissioner of | : | |
| Social Security | : | |

ORDER

AND NOW, this 2nd day of January, 2014, upon consideration of our August 9, 2013 Order referring the above-captioned case to the Honorable Carol Sandra Moore Wells, United States Magistrate Judge, for a report and recommendation in accordance with the procedure for the random assignment of social security cases, Local Rule 72.1 and 28 U.S.C. §636(b)(1)(B), and Judge Wells's unopposed December 13, 2013 report and recommendation that plaintiff's request for review be granted (docket entry # 16) so that the Administrative Law Judge can explicitly consider plaintiff's moderate limitation in concentration, persistence or pace when determining his residual functional capacity and when rendering his step four and five determination, it is hereby ORDERED that:

1. Judge Wells's report and recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is GRANTED;

3. The matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with Judge Wells's report and recommendation; and

4. The Clerk of Court shall CLOSE the case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.